United States District Court
Southern District of Texas
**ENTERED**
March 04, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SWARM TECHNOLOGY LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Civil Action No. 4:24-cv-04927 |

# ORDER

Before the Court is a motion for extension filed jointly by Plaintiff Swarm Technology LLC and Defendant Hewlett Packard Enterprise Company. The Court has carefully considered the motion and finds that the motion should be granted.

**IT IS THEREFORE ORDERED THAT**:

The parties' joint motion for extension is **GRANTED**.

Defendant Hewlett Packard Enterprise Company's deadline to respond to Plaintiff Swarm Technology LLC's complaint is **EXTENDED** to April 3, 2025.

If Swarm Technology LLC files an amended complaint by April 3, 2025, Defendant Hewlett Packard Enterprise Company's deadline to respond to the amended complaint is twenty-one days following filing if the amended complaint asserts infringement of the same patents or thirty-five days following filing if the amended complaint asserts infringement of any additional patent(s).

**SO ORDERED**.

Signed this 4th day of March, 2025.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE