Case 4:24-cv-04927   Document 88   Filed 03/02/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Swarm Technology, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-24-4927 |
| | § | |
| Hewlett Packard Enterprise Company, | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

On January 23, 2026, Magistrate Judge Peter Bray entered a Memorandum and Recommendation recommending claim constructions for certain terms. ECF No. 79. The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. Swarm Technology, LLC filed objections to the recommendation. ECF No. 80.

The court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." 28 U.S.C. § 636(b)(1)(C). After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* Fed. R. Civ. P. 72(b)(3).

The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on March  2 , 2026.

_George C. Hanks Jr_
George C. Hanks, Jr.
United States District Judge