United States District Court
Southern District of Texas
**ENTERED**
September 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SWARM TECHNOLOGY LLC, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-4927 |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On May 2, 2025, this case was referred to United States Magistrate Judge Peter Bray for all pretrial purposes. (Dkt. 36). Judge Bray filed a Memorandum and Recommendation on July 29, 2026 recommending that Defendant's motion for judgment on the pleadings be granted. (Dkt. 96). On August 12, 2026, Plaintiff filed its Objections. (Dkt. 97). On August 26, 2026, Defendant responded to Plaintiff's Objections. (Dkt. 99).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3). The Court has carefully considered Plaintiff's Objections; Defendant's response to Plaintiff's Objections; the Memorandum

and Recommendation; the pleadings; and the record.[1] The Court **ACCEPTS** Judge Bray's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1) Judge Bray's Memorandum and Recommendation (Dkt. 96) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's motion for judgment on the pleadings (Dkt. 90) is **GRANTED**;

(3) Docket entry 68 is **TERMINATED** in accordance with the ruling set out by Judge Bray in the Memorandum and Recommendation; and

(4) Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED and ENTERED this 18th day of September 2026.

George C. Hanks Jr

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

[1] Plaintiff's motion for leave to file a sur-reply (Dkt. 100) is respectfully **DENIED**.